IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY FLOYD BRAESEKE,

    Petitioner,                  No. CIV S-05-0279 GEB KJM P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.        ORDER

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

1        4. Petitioner's counsel shall inform the court within sixty days whether it intends to proceed on the habeas petition already on file, or seek leave to file an amended petition.

DATED: October 11, 2005.

                                                                                             UNITED STATES MAGISTRATE JUDGE

1/bb
brae0279.110