IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY FLOYD BRAESEKE,

    Petitioner,                   No. CIV S-05-0279 GEB KJM P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.             <u>ORDER</u>

                                /

        Pursuant to stipulation, IT IS HEREBY ORDERED that:

        1. The hearing on petitioner's motion for discovery is continued to August 8, 2007 at 10:00 a.m; and

        2. Counsel for petitioner may appear telephonically.

DATED: July 26, 2007.

                                                      _____
                                                      U.S. MAGISTRATE JUDGE

1
brae0279.stip