IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY FLOYD BRAESEKE,

    Petitioner,　　　　　　　　No. CIV S-05-0279 GEB KJM P

  vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.　　　　　　　　<u>ORDER</u>

_____/

    Respondents have requested leave to file a supplemental answer. Good cause appearing, IT IS HEREBY ORDERED that respondents' request for leave to file a supplemental answer is granted. The court will set a deadline for petitioner to file a supplemental traverse after the court rules on petitioner's outstanding motion for discovery.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1
brae0279.111(1)